No. 14–0138/AF. U.S. v. Danny M. Burns. CCA 37847. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 14, 2013.

Wednesday, October 30, 2013

No. 13–0565/AR.   U.S. v. Christopher R. Kearns.   CCA 20110348.   Appellant's motion to correct errata granted.

No. 14–0104/AR.   U.S. v. Holly C. Harrison.   CCA 20120345.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including November 14, 2013, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–8002/NA.   U.S. v. Christopher J. Schaleger.   CCA 20130247.   Appellant's motion to correct errata granted.

Thursday, October 31, 2013

No. 13–0619/NA.   U.S. v. Gabriel A. Mora.   CCA 201200335.

On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals and Appellant's motion to supplement the record, said petition is granted and the decision of the Court of Criminal Appeals is affirmed.* Said motion is denied as moot.

No. 13–0717/AF.   U.S. v. Zachary R. Lynch.   CCA 38094.   Review granted on the following issue:

> PURSUANT TO THE SUPREME COURT'S HOLDING IN *RYDER v. UNITED STATES*, 515 U.S. 177 (1995), APPELLANT IS ENTITLED TO A HEARING BEFORE A PROPERLY CONSTITUTED PANEL OF THE AIR FORCE COURT OF CRIMINAL APPEALS (AFCCA).   WAS PETITIONER DENIED THAT RIGHT WHEN HIS CASE WAS HEARD BY A CIVILIAN JUDGE WHO WAS NOT PROPERLY APPOINTED TO THE AFCCA?

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c) (2006).

No. 13–0602/AR.   U.S. v. Thomas C. Flesher.   CCA 20110449.   Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE ADMITTED THE TESTIMONY OF A PUTATIVE EXPERT

---

\*   It is noted that the ruling of the military judge on MRE 412 matters was not sealed as required by MRE 412(c)(2).   Accordingly, the Clerk is directed to seal Appellate Exhibit XXXVII.